ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CRONAN

---

UNITED STATES OF AMERICA

v.

HERMAN CALVIN BRIGHTMAN,
a/k/a "Nazir Griffiths,"
a/k/a "Nazir Luckett,"

Defendant.

**SEALED INDICTMENT**

23 Cr.

23 CRIM 642

---

The Grand Jury charges:

**OVERVIEW**

1.      From at least in or about November 2021 through at least in or about September 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, deceived and brutally attacked multiple women.  BRIGHTMAN met his victims on social media platforms.  In order to appear trustworthy, BRIGHTMAN lied to these victims and claimed to be a medical professional in the New York area.   Shortly after BRIGHTMAN lured each of these victims into a romantic relationship, BRIGHTMAN began a disturbing pattern of abuse, during which he assaulted, kidnapped, threatened, and stalked the victims.

2.      Specifically, after establishing a romantic relationship with each victim, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, kidnapped one of the victims and her minor child at knifepoint; bound and gagged a second victim while he threatened to kill her; punched and choked a third victim, then stalked her at her workplace to ensure she did not report the attack to the authorities; and held a fourth victim hostage in her apartment and repeatedly assaulted her until she escaped.

3.     As a part and in furtherance of his scheme, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, traveled in interstate commerce and used means, instrumentalities, and facilities of interstate commerce to entice, harass, threaten, stalk, and kidnap the victims.

## BACKGROUND

4.     From at least in or about November 2021 through at least in or about September 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, falsely posed as a medical professional on social media platforms such as Facebook and Hinge to entice women to enter into romantic relationships with him.

5.     HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, directly messaged female victims on Facebook and Hinge, and then continued to communicate over text messages, convincing them that he worked as a nurse or nurse practitioner at various hospitals in the New York City area, and even sending videos of himself wearing medical scrubs.  Two of the images that BRIGHTMAN used to make it appear as if he was a medical professional are depicted below (one of which is a still photo from a video):




6.     At no time period relevant to the Indictment was HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, a licensed nurse or nurse practitioner in New York State.

7.     HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, lured the female victims into relationships.  After those relationships began, BRIGHTMAN began to act violently towards the victims—assaulting them in public and at their homes, strangling them, threatening to kill them, and kidnapping them.  BRIGHTMAN also used phone calls and text messages to harass, stalk, and threaten the same female victims when they attempted to end their relationships with him.

<u>Victim-1 and Minor Victim-1</u>

8.     In or about November 2021, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, using the social media platform Facebook, enticed Victim-1 into a romantic relationship.  BRIGHTMAN told Victim-1 that he was a nurse working at a hospital in the New York City area.  Between in or about January 2022 and in or about July 2022, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, assaulted Victim-1 on multiple occasions during their relationship.

9.     In or about mid-July 2022, Victim-1 ended her relationship with HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant.  Shortly thereafter, between on or about July 20, 2022, and on or about July 21, 2022, BRIGHTMAN forced Victim-1 and Victim-1's two-year-old child ("Minor Victim-1") at knifepoint to travel with him from their residence in Mount Vernon, New York, to BRIGHTMAN's residence in New Jersey.

10.    Once they arrived at the residence of HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, in New Jersey, BRIGHTMAN threatened

to kill Victim-1 if Victim-1 were to cause any problems.  BRIGHTMAN proceeded to hold Victim-1 and Minor Victim-1 against their will inside his residence for several hours until Victim-1 was able to call the police, who arrived and rescued Victim-1 and Minor Victim-1.

Victim-2

11.    In or about May 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, using the social media platform Hinge, enticed Victim-2 to enter into a romantic relationship with him.  BRIGHTMAN told Victim-2 that he was working as a nurse practitioner at a hospital in New York, New York.

12.    On or about August 7, 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, held Victim-2 in her apartment in Queens, New York, against her will, bound Victim-2's mouth and hands with tape, and threatened to kill Victim-2 with a knife.

13.    On or about August 13, 2023, Victim-2 told HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, that she wanted to end their relationship. After Victim-2 ended her relationship with BRIGHTMAN, between on or about August 13, 2023, and on or about August 14, 2023, BRIGHTMAN used a cellphone to call Victim-2 more than twenty times.  When Victim-2 answered one of these calls, she told BRIGHTMAN that she was afraid of him.  In response, BRIGHTMAN threatened Victim-2 with physical harm.

Victim-3

14.    In or about August 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, using the social media platform Hinge, enticed

4

Victim-3 to enter into a romantic relationship with him.  BRIGHTMAN told Victim-3 that he was a nurse practitioner at a hospital in New York, New York.

15.     On or about September 2, 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, began to argue with Victim-3, and Victim-3 began to distance herself from BRIGHTMAN.

16.     On or about September 6, 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, drove a car from New Jersey to the Bronx, New York, and called Victim-3 on his phone to lure her to BRIGHTMAN's car.  BRIGHTMAN then held Victim-3 against her will and punched, choked, and strangled Victim-3.  Victim-3 eventually escaped by running back into Victim-3's apartment building and calling the police.

17.     Several days later, on or about September 11, 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, traveled from New Jersey to the Bronx, New York, and confronted Victim-3 near Victim-3's workplace regarding whether Victim-3 had called the police.  Although Victim-3 attempted to get away from BRIGHTMAN, he followed Victim-3 from Victim-3's workplace to Victim-3's home.  While BRIGHTMAN followed Victim-3, he continually argued with her and assaulted her.

Victim-4

18.     In or about August 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, using the social media platform Hinge, enticed Victim-4 to enter into a romantic relationship with him.  BRIGHTMAN told Victim-4 that he was the director of nursing at a hospital in New York, New York.

19.     In or about the end of September 2023, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, and Victim-4 argued with each other over

text messages, and Victim-4 stopped responding to BRIGHTMAN and blocked BRIGHTMAN's phone number.

20.    On or about September 28, 2023—several days after Victim-4 blocked the cellphone number for HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant—BRIGHTMAN traveled from New Jersey to the Bronx, New York, to confront Victim-4.    While BRIGHTMAN traveled to the Bronx, he called Victim-4—using a different cellphone number—and persuaded Victim-4 to let BRIGHTMAN into her residence. Once inside Victim-4's residence, BRIGHTMAN argued with Victim-4 and assaulted, strangled, choked, and threatened to kill Victim-4 until she escaped by running away.

## STATUTORY ALLEGATIONS

### COUNT ONE
**(Kidnapping of Victim-1 and Minor Victim-1)**

The Grand Jury further charges:

21.    The allegations contained in paragraphs 1 through 10 of this Indictment are repeated and realleged as if fully set forth herein.

22.    From on or about July 20, 2022, to on or about July 21, 2022, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, knowingly and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise Victim-1 and Minor Victim-1, and BRIGHTMAN traveled in interstate and foreign commerce and used the mail and a means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of committing the offense, to wit, BRIGHTMAN forced Victim-1 and Minor Victim-1 to travel from their residence in Mount Vernon, New York, to

BRIGHTMAN's residence in New Jersey, where BRIGHTMAN held Victim-1 and Minor Victim-1 against their will inside his residence.

23.     At the time of the offense, Minor Victim-1 had not attained the age of eighteen years, and HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, had attained such age, and was not a parent, grandparent, brother, sister, aunt, uncle, or individual having legal custody of Minor Victim-1, in violation of Title 18, United States Code, Section 1201(g)(1).

(Title 18, United States Code, Sections 1201(a)(1) and (g)(1).)

## COUNT TWO
### (Threatening Physical Harm by Interstate Communication to Victim-2)

The Grand Jury further charges:

24.     The allegations contained in paragraphs 1 through 7 and paragraphs 11 through 13 of this Indictment are repeated and realleged as if fully set forth herein.

25.     On or about August 14, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, knowingly transmitted in interstate and foreign commerce communications containing a threat to injure the person of another, to wit, BRIGHTMAN used a cellphone to call Victim-2, and during this call—which was routed through a switch in New Jersey—BRIGHTMAN threatened physical harm to Victim-2.

(Title 18, United States Code, Section 875(c).)

## COUNT THREE
### (Cyberstalking of Victim-2)

The Grand Jury further charges:

7

26.     The allegations contained in paragraphs 1 through 7 and paragraphs 11 through 13 of this Indictment are repeated and realleged as if fully set forth herein.

27.     From at least in or about August 13, 2023, to in or about August 14, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, with the intent to injure, harass, and intimidate another person, used the mail, interactive computer services and electronic communication services and electronic systems of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, to wit, BRIGHTMAN harassed, intimidated, and threatened Victim-2, including by repeatedly placing harassing, threatening, and intimidating calls to Victim-2.

(Title 18, United States Code, Section 2261A(2)(B).)

## COUNT FOUR
### (Kidnapping of Victim-3)

The Grand Jury further charges:

28.     The allegations contained in paragraphs 1 through 7 and paragraph 14 through 17 of this Indictment are repeated and realleged as if fully set forth herein.

29.     On or about September 6, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, knowingly and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise Victim-3, and BRIGHTMAN traveled in interstate and foreign commerce and used the mail and a means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of committing

the offense, to wit, BRIGHTMAN traveled in a car from New Jersey to the Bronx, New York, and used a telephone to lure Victim-3 to BRIGHTMAN's car, where BRIGHTMAN held Victim-3 against her will and punched, choked, and strangled Victim-3.

(Title 18, United States Code, Section 1201(a)(1).)

## COUNT FIVE
### (Travel in Interstate Commerce to Commit a Crime of Violence against Victim-3)

The Grand Jury further charges:

30.     The allegations contained in paragraphs 1 through 7 and paragraphs 14 through 17 of this Indictment are repeated and realleged as if fully set forth herein.

31.     On or about September 6, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, traveled in interstate and foreign commerce with the intent to injure and harass Victim-3, an intimate partner of the defendant, and while in the course of and as a result of said travel, committed and attempted to commit crimes of violence, in violation of New York Penal Law Sections 120.00, 121.11, and 121.12, to wit, BRIGHTMAN traveled from New Jersey to the Bronx, New York, and punched, strangled, and choked Victim-3.

(Title 18, United States Code, Section 2261(a)(1).)

## COUNT SIX
### (Travel in Interstate Commerce to Stalk Victim-3)

The Grand Jury further charges:

32.     The allegations contained in paragraphs 1 through 7 and paragraphs 14 through 17 of this Indictment are repeated and realleged as if fully set forth herein.

33.     On or about September 11, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the

defendant, traveled in interstate and foreign commerce from New Jersey to New York with the intent to injure, harass, and place under surveillance with intent to injure, harass, or intimidate Victim-3, and in the course of and as a result of such travel placed Victim-3 in reasonable fear of serious bodily injury and caused substantial emotional distress to Victim-3, to wit, BRIGHTMAN traveled from New Jersey to the Southern District of New York and followed Victim-3 from Victim-3's workplace to Victim-3's home, during which time BRIGHTMAN assaulted, harassed, and intimidated Victim-3.

(Title 18, United States Code, Section 2261A(1).)

## COUNT SEVEN
### (Kidnapping of Victim-4)

The Grand Jury further charges:

34.     The allegations contained in paragraphs 1 through 7 and paragraphs 18 through 20 of this Indictment are repeated and realleged as if fully set forth herein.

35.     On or about September 28, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, knowingly and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise Victim-4, and BRIGHTMAN traveled in interstate and foreign commerce and used the mail and a means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of committing the offense, to wit, BRIGHTMAN traveled by car from New Jersey to the Bronx, New York, and used a telephone to gain access to Victim-4's residence, where BRIGHTMAN held Victim-4 against her will and assaulted, strangled, and threatened to kill Victim-4.

(Title 18, United States Code, Section 1201(a)(1).)

10

## COUNT EIGHT
**(Travel in Interstate Commerce to Commit a Crime of Violence against Victim-4)**

The Grand Jury further charges:

36.     The allegations contained in paragraphs 1 through 7 and paragraphs 18 through 20 of this Indictment are repeated and realleged as if fully set forth herein.

37.     On or about September 28, 2023, in the Southern District of New York and elsewhere, HERMAN CALVIN BRIGHTMAN, a/k/a "Nazir Griffiths," a/k/a "Nazir Luckett," the defendant, traveled in interstate and foreign commerce with the intent to injure and harass Victim-4, an intimate partner of the defendant, and while in the course of and as a result of said travel, committed and attempted to commit crimes of violence, in violation of New York Penal Law Sections 120.00, 121.11 and 121.12, to wit, BRIGHTMAN traveled from New Jersey to the Bronx, New York, and strangled and choked Victim-4.

(Title 18, United States Code, Section 2261(a)(1).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

11