**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 5, 2024

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** <u>United States v. Herman Brightman</u>
    **23 Cr. 642 (JPC)**

Dear Judge Cronan,

> The request is granted. The conference scheduled for March 7, 2024, is adjourned to April 15, 2024 at 11:30 a.m. Time is excluded from March 7, 2024 to April 15, 2024, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because the exclusion of time allows the Defendant to continue to review discovery materials and for the parties to consider a possible pretrial disposition. The Clerk of Court is respectfully directed to close Docket Number 14.
>
> SO ORDERED.
> Date: March 5, 2024
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

    I write on behalf of Mr. Brightman to respectfully request a 30 to 45-day adjournment of the March 7, 2024 conference in the above-captioned matter. The government consents to this request. This is the defense's first request for an adjournment.

    Since the parties appeared before the Court on December 13, 2023, the government has produced a voluminous amount of discovery material to the defense (including many audio visual files), much of which needs to be reviewed with Mr. Brightman in-person at MDC Brooklyn under the terms of the Protective Order. The defense is still reviewing these materials to assess whether to file any pretrial motions. The requested adjournment would also provide time for the parties to discuss potential pretrial dispositions of this matter.

    Should the Court grant this request, the government moves for the exclusion of time under the Speedy Trial Act until the rescheduled conference date. The defense does not object to this request.

                    Respectfully submitted,

                    /s/

                    Neil P. Kelly
                    Assistant Federal Defender
                    (212) 417-8744

cc:    Counsel of record