**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

April 11, 2024

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Herman Brightman</u>
      23 Cr. 642 (JPC)

Dear Judge Cronan,

The request is granted. The conference is adjourned to June 10, 2024, at 4:30 p.m. Time is excluded from April 15, 2024 to June 10, 2024, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because the exclusion of time allows Defendant to review discovery and for the parties to consider a possible disposition. The Clerk of Court is respectfully directed to close Docket Number 26.

SO ORDERED.
Date: April 11, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

   I write on behalf of Mr. Brightman to respectfully request a 45 to 60-day adjournment of the April 15, 2024 conference in the above-captioned matter. The government consents to this request. This is the defense's second request for an adjournment.

   The defense has received, and is continuing to review with Mr. Brightman, the significant amount of discovery the government has produced to date. The parties are also engaged in discussions regarding a potential disposition of this matter. To permit the parties to continue these discussions and potentially reach a resolution, the defense respectfully requests a 45 to 60-day adjournment.[1]

   Should the Court grant this request, the government moves for the exclusion of time under the Speedy Trial Act until the rescheduled conference date. The defense does not object to this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record

---

[1] The undersigned will be participating in a trial in another matter the week of May 6, 2024, so will be unavailable for any rescheduled conference.