**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

October 2, 2024

**Via ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **United States v. Herman Brightman**
     **23 Cr. 642 (JPC)**

Dear Judge Cronan,

  I write to respectfully request an approximately 30-day adjournment of sentencing and all associated filing and PSR-related deadlines. This is the defense's first request for an adjournment of sentencing and the government has no objection to this request.

  As noted in prior correspondence, the draft PSR in this matter identified certain information that the defense needs additional time to investigate and potentially resolve before the PSR is finalized and before the parties submit their respective sentencing submissions. To permit the defense time to do so, I respectfully request an approximately 30-day adjournment of sentencing and all related deadlines.

  We thank the Court for its consideration of this request.

               Respectfully submitted,

               /s/

               Neil P. Kelly
               Assistant Federal Defender
               (212) 417-8744

  cc: Counsel of record

The request is granted. The sentencing hearing in this matter is adjourned to December 17, 2024 at 4:00 p.m. The Final PSR is due by November 26, 2024. Defendant's sentencing submission is due December 3, 2024. The Government's sentencing submission is due by December 10, 2024.

SO ORDERED.
Date: October 3, 2024
New York, New York

JOHN P. CRONAN
United States District Judge