UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,                 :
                                                :

          -v-                       :               23 Cr. 642 (JPC)
                                                :

HERMAN CALVIN BRIGHTMAN,       :               <u>ORDER</u>
                                                :

                   Defendant.        :

                                                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The *Fatico* hearing in this case shall take place on March 27, 2025 at 9:30 a.m.  The

hearing shall occur in-person in Courtroom 12D of the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, NY, 10007.  The Clerk of Court is respectfully directed

to close Docket Number 48.

      SO ORDERED.

Dated: February 4, 2025
       New York, New York                    _____
                                        JOHN P. CRONAN
                                   United States District Judge