UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- : 23 Cr. 642 (JPC)
:
HERMAN CALVIN BRIGHTMAN, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the January 27, 2025 and March 25, 2025 conferences in this case, the Probation Department is respectfully directed to make revisions to the Presentence Investigation Report in accordance with the modifications reflected in Exhibits A and B to this Order, which are attached and filed under seal. Additionally, the Probation Department is respectfully directed to revise Paragraphs 99 through 101 in the Presentence Investigation Report to reflect the disposition of the matters described in those paragraphs.

      SO ORDERED.

Dated: March 25, 2025
       New York, New York

                                      JOHN P. CRONAN
                                    United States District Judge